# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UMG RECORDINGS, INC., et al., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0838-CV-W-DW |
| ) | |
| SONDRA AKERS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the Court is Plaintiffs' Motion for Entry of Default Judgment by the Court (Doc. 9). Defendant has not answered or otherwise responded to the Complaint or the pending motion. The Court GRANTS the motion and ORDERS that:

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act, 17 U.S.C. § 504(c)(1), for each of the nine sound recordings listed in Exhibit A to the Complaint. Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A to the Complaint, in the total principal sum of Six Thousand Seven Hundred Fifty Dollars ($6,750.00).

2. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

3. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

   • "Slippin'," on album "Flesh of My Flesh, Blood Of My Blood," by artist "DMX" (SR# 188-987);

   • "So Fresh, So Clean," on album "Stankonia," by artist "Outkast" (SR# 306-741);

   • "Who Knew," on album "The Marshall Mathers LP," by artist "Eminem" (SR# 287-944);

- "These Are The Times," on album "Enter the Dru," by artist "Dru Hill" (SR# 290-402);

- "Nice and Slow," on album "My Way," by artist "Usher" (SR# 257-730);

- "4 Seasons of Loneliness," on album "Evolution," by artist "Boyz II Men" (SR# 240-088);

- "If I Ruled the World (Imagine That)," on album "It Was Written," by artist "Nas" (SR# 220-016);

- "Baby I'm For Real (Natural High)," on album "Takin' My Time," by artist "After 7" (SR# 178-457);

- "Brain Damage," on album "The Slim Shady LP," by artist "Eminem" (SR# 262-686);

and in any other sound recording, whether now in existence or later created, that is owned or controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

Date: May 17, 2007 /s/ DEAN WHIPPLE
Dean Whipple
United States District Court